STATE of Missouri, Respondent,

v.

Barry W. HANCOCK, Appellant.

No. WD 65647.

Missouri Court of Appeals,
Western District.

July 25, 2006.

Larry A. Schaffer, Independence, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before SMITH, C.J.,
BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Barry W. Hancock appeals the judgment of the trial court denying his motion to withdraw his guilty plea. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).